In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-308 CR


____________________



RICHARD GLEN WILLIAMSON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 356th District Court


Hardin County, Texas


Trial Cause No. 18,584






MEMORANDUM OPINION


 On July 31, 2008, we notified the parties that our jurisdiction was not apparent from
the notice of appeal, and notified them that the appeal would be dismissed for want of
jurisdiction unless we received a response showing grounds for continuing the appeal. The
appellant did not file a response.

 The notice of appeal seeks to appeal the trial court's order denying a motion to set
aside the indictment pursuant to a statute that applies to persons detained without indictment. 
See Tex. Code Crim. Proc. Ann. art. 32.01 (Vernon 2006). From the face of the notice of
appeal it appears the indictment is still pending. We do not have jurisdiction to review
interlocutory orders unless that jurisdiction has been expressly granted to us by law. See
Apolinar v. State, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991) (special plea of double
jeopardy); Courson v. State, 996 S.W.2d 348 (Tex. App.--Houston [14th Dist.] 1999, pet.
dism'd) (Article 32.01 claims are reviewable on direct appeal after final judgment).

 Accordingly, we hold the order from which appellant appeals is not appealable at this
time. The appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED FOR LACK OF JURISDICTION.



 


 ____________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered October 8, 2008

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.